

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

NO. 2-10-195-CR

JOHN EDGAR DENOO                                                    APPELLANT

V.

THE STATE OF TEXAS                                                       STATE

------------

FROM THE 43RD DISTRICT COURT OF PARKER COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Appellant John Edgar Denoo attempts to appeal the trial court's judgment adjudicating him guilty of aggravated sexual assault of a child and sentencing him to twelve years' confinement—the amount of time Denoo agreed to in his plea bargain with the State. The trial court's certification states that this "is a plea-bargain case, and [Denoo] has NO right of appeal" and that Denoo "has

---

[1] ... *See* Tex. R. App. P. 47.4.

waived the right of appeal." *See* Tex. R. App. P. 25.2(a)(2). We notified Denoo by letter that his appeal was subject to dismissal based on the trial court's certification unless he filed a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d), 44.3. Denoo filed a response, but it fails to meet the requirements for appeal after a plea bargain set out in rule of appellate procedure 25.2(a)(2). Therefore, we dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: MCCOY, J.; LIVINGSTON, C.J.; and MEIER, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: July 22, 2010